Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Ian H. Levin | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 01 CR 964 - 1 | DATE | 11/13/2001 |
| CASE TITLE | USA vs. Steven Ball | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] **Removal proceedings held. Defendant appears in response to arrest on 11/10/01. Defendant informed of his rights. Enter order appointing Luis Galvan as counsel for defendant. Defendant waives identity hearing. Defendant waives detention hearing without prejudice to raising issue of bond in Indiana. Order defendant detained and removed in custody to USDC for the Southern District of Indiana.**

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | | NOV 15 2001 date docketed | 3 |
| | Notices mailed by judge's staff. | | docketing deputy initials | |
| | Notified counsel by telephone. | | date mailed notice | |
| ✓ | Docketing to mail notices. | | mailing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| SM | courtroom deputy's initials | 01 NOV 13 PM 4:20 Date/time received in central Clerk's Office | | |